**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MICHAEL RENE GARRETT,**

    **Plaintiff,**

**vs.**                                                                **CASE NO. 4:08CV285-RH/AK**

**REBECCA T. VALAGOHAR,**

    **Defendant.**

_____/

**<u>REPORT AND RECOMMENDATION</u>**

Plaintiff, presently incarcerated in Kincheloe, Michigan, has filed a civil rights complaint in this district against a United States Probation Officer residing in Atlanta, Georgia.  (Doc. 1).  He alleges that the probation officer placed false information in his pre-sentence report which resulted in an increased sentence.  He seeks injunctive relief and damages.  There is nothing in the complaint that would place venue in this court. Rather than dismiss the complaint, Plaintiff has requested that the Court transfer this cause to the proper court.  (Docs. 10 and 11).  It is the opinion of the undersigned that the case be transferred and that no action take place on the pending motion for IFP to avoid problems in processing any partial filing fee payments since the cause will not be handled in this Court.  It is also the opinion of the undersigned that the motions for protective order, which concern allegations of threats by persons not named in the complaint, should also be transferred without action by this Court.

Because the only named Defendant resides in Atlanta, Georgia, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 90(a) is in the United States District Court for the Northern District of Georgia, Atlanta Division.

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Northern District of Georgia, Atlanta Division, for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this _20th_ day of August, 2008.

_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 4:08cv285-RH/AK**