# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MICHAEL RENE GARRETT,

        Plaintiff,

v.                               CASE NO.  4:08cv285-RH/AK

REBECCA T. VALAGOHAR,

        Defendant.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  This matter is transferred to the United States District Court for the Northern District of Georgia, Atlanta Division.  The clerk must take all steps necessary to effect the transfer.

SO ORDERED on September 25, 2008.

                                  s/Robert L. Hinkle_____
                                  Chief United States District Judge